UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 00-412 |
| v. | : | MAGISTRATE NO. 00-615M-01 (CR) |
| **DANIELLE RUTH COLE,** | : | VIOLATION: 21 U.S.C. §843(a)(3) |
| **Defendant.** | : | (Obtaining Controlled Substance by Fraud) |

KESSLER, J. GK

### INFORMATION

DEC 0 1 2000

The United States Attorney charges that:

#### COUNT ONE

On or about September 24, 2000, within the District of Columbia, **DANIELLE RUTH COLE**, did knowingly, willfully, and intentionally acquire and obtain possession of meperidine, also known as Demerol, a Schedule II narcotic drug controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge.

**(Obtaining a Controlled Substance by Fraud**, in violation of Title 21, United States Code, Section 843(a)(3))

WILMA A. LEWIS
Attorney of the United States in
and for the District of Columbia

BY: _____
RODERICK THOMAS
Assistant United States Attorney
Narcotics Section
Bar No. 433-433
555 4th Street, N.W., Room 4114
Washington, D.C. 20001
(202) 514-7068

**CLERK'S OFFICE**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**WASHINGTON, DC 20001**

**UNITED STATES OF AMERICA**

VS.

_Danielle Cole_

Case No. _00-412_

I have been informed and understand that the above entitled case is now set for _sentencing_ on _March 21_, 20_01_, at _4:15 p.m._ before Judge Gladys Kessler in Courtroom No. 19, and I have been instructed to return to court at that time.

_Danielle R Cole_  _1-5-01_

(Signature of defendant)    (Date)

NANCY MAYER-WHITTINGTON, Clerk

Witnessed by: _Phyllis O Brown_

Courtroom Clerk

cc: Defendant   (in open Court)

(Rev. 3/95)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
December 20, 2000

UNITED STATES OF AMERICA

V.                                                          Criminal No.  00-412

Daniella Cole

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE RESET FOR: Plea
DATE:           January 5, 2001
TIME:           11:00 a.m.
JUDGE:          Gladys Kessler

COURTROOM:  No. 19   -   6th Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____Phyllis O. Brown  202-354-3142_____
Deputy Clerk

cc:  Chambers
     File
     Courtroom Clerk
     Roderick Thomas, AUSA
     Nina Ginsberg, Esquire
     Danielle Cole, 8195 Shelton Circler, Falls Church, VA

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
December 08, 2000

UNITED STATES OF AMERICA

V.                                                                        Criminal No. 00-412

Danielle Cole


## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE  SET  FOR: Plea
DATE:                     December 20, 2000
TIME:                     10:30 a.m.
JUDGE:                   Gladys Kessler

COURTROOM:  No. 19    -    6TH  Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____Phyllis O. Brown  202-354-3142_____
Deputy Clerk

cc:  Chambers
     File
     Courtroom Clerk
     Nina Ginsberg, Esquire
     Roderick Thomas, AUSA
     Danielle Cole, 8195 Shelton Circler, Falls Church, VA
     Pretrial Service

(Rev, DC 04/00)

October 18, 2000

**DANIELLE RUTH COLE**

**DOB:** 4/14/69

PDID: 522-886
REG: 23759-016

MAG. NO. **00-615M-01**

00-412-

Complaint in violation of:    21:843(a)(3)

## COVER SHEET

| | |
|---|---|
| TAPE _____ | MAGISTRATE JUDGE: _____ |
| LINES _____ | AUSA: Wiegand |
| | ATTY: Peterson (PD) Ms Ginsburg |
| INDIGENCY: ✗   CJA APPT: ✗ | P. H. 11/3/00 @ 9:30 am |
| PR CAUTION: ✓   LITERATE: ✓ | BOND: PR (W/O ODD) |

✗ def - intends to retain counsel

11-01-00  Bubble Cover found.

11-08-00  30 STA waiver Status hrg 12-07-00 @ 1:45

# UNITED STATES MAGISTRATE JUDGE
# U.S. DISTRICT COURT BUILDING
# WASHINGTON, D.C.



PLEASE ISSUE:     [ X ] Arrest    [ ] Search    [ ] Seizure

warrant for:     DANIELLE RUTH COLE

Violation:     [ ] D.C.C.    [X] U.S.C.    Title: 21

Section(s):    §843(a)(3)

_____                    __October 17, 2000_____
LYDIA PELEGRIN                                         Date
Assistant United States Attorney
(202) 307-0029

Bond:  **Hold Without Bond**

---

COMPLETE FOR ALL ARREST WARRANTS:

*The following information must be provided for ALL arrest warrants and an **original** and **duplicate** of this form must be submitted to the Clerk's Office with the warrant papers.*

Officer / Agent Name:       JOSEPH T. LONON, OFFICER

Badge Number:               4427

Agency / Unit:              Metropolitan Police Department

24 Hour Telephone Number:   301/382-3145
(For officer/agent)

Beeper Number:              301/382-3145
(For officer/agent)

U.S. Department of Justice
*United States Attorneys*



# United States District Court for the District of Columbia

**FILED**

NOV 0 8 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Danielle R. Cole

Case No. 00-615-M

**ORDER**

Upon oral motion of the __Defendant__ to exclude __30__ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that __30__ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____
Defendant

_____
Defense Counsel

_____
Attorney for Government

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

**COURT COPY**

# MAGISTRATE JUDGE CRIMINAL DOCKET

Date: 11-8-00

Tape: CT 27-00-248  Lines: 3864-4134
Courtroom Deputy: Kim Kay

____ US Magistrate Judge Robinson
  X  US Magistrate Judge Kay
____ US Magistrate Judge Facciola
____ Chief Judge

| CASE NO. | STATUS | DEFENDANT(S) | ATTORNEYS/PROB. OFFICER |
|---|---|---|---|
| 00-615M-01 | PR | Danielle Ruth Cole | G-Barry Wiegand |
|  |  |  | D-Nina Ginsberg |

**PROCEEDING HELD:**
Initial ____  P.H. ____  Trial ____  Status ____
Removal ____  Plea ____  Prob/Status ____  HOV ____
Bond ____  Detention ____  Other STA Waiver

**EVENTS:**
✓
  X   Cont. to 12-7-00 at 1:45 for Control Hrg.
 ____  Held for Grand Jury - Probable Cause Shown before JHF
 ____  Defendant discharged - No Probable Cause Shown
 ____  Removal Hearing Held
 ____  Hearing Waived
 ____  Deft. to report to: _____ by _____
 ____  Papers to be forwarded to Clerk - District of _____
 ____  Certified to U.S. District Judge _____
  X   Speedy Trial Act (18 USC 3161) - Days excluded ( 30 )
 ____  Plea of Guilty to Information by deft. on Counts _____
 ____  CJA/FPD Appointed; Defendant Indigent
 ____  Temporary Detention Ordered: 10 days ____ 3 days ____
 ____  Pretrial Detention Ordered
 ____  Bond Set or Reduced: _____

**OTHER ACTION:**

**BOND STATUS**
PR    X       BOND ____       WORK RELEASE ____
JAIL ____     HWOB ____       PROBATION ____
SR ____       OTHER ____
Deft. No(s). _____ committed; commitment(s) issued ____
Deft. No(s). _____ released; release(s) issued ____

**NOTICE OF APPEARANCE**                                          CO-1506 (New 5/92)

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

00=412=

UNITED STATES OF AMERICA )
)
)
)
vs. )  Criminal No. 00-615-M
)
)
Danielle R. Cole )
**(DEFENDANT)**

**FILED**

NOV 0 1 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TO: NANCY MAYER-WHITTINGTON, CLERK**

**YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.**

**I AM APPEARING IN THIS ACTION AS:**  (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nina J. Ginsberg  251496
(Attorney & Bar ID Number)

DiMuro, Ginsberg + Mook
(Firm Name)

908 King St / Suite 200
(Street Address)

Alexandria      VA       22314
(City)          (State)  (Zip)

703-684-4333
(Telephone Number)

# MAGISTRATE JUDGE CRIMINAL␣␣␣␣␣␣ 00-412

Date: 11-1-00

Tape: CT 27 00 237 Lines: 3269-END
Courtroom Deputy: Kim Kay
CT 27 00 238: 0001-0107

___ US Magistrate Judge Robinson
_X_ US Magistrate Judge Kay
___ US Magistrate Judge Facciola
___ Chief Judge

| CASE NO. | STATUS | DEFENDANT(S) | ATTORNEYS/PROB. OFFICER |
|---|---|---|---|
| 00-615M-01 | PR | Danielle Ruth Cole | G- Barry Wiegand |
| | | | D- Nina Ginsberg |
| | | | W- Joseph Lonon |

**PROCEEDING HELD:** Initial ___ P.H. _X_ Trial ___ Status ___
Removal ___ Plea ___ Prob/Status ___ HOV ___
Bond ___ Detention ___ Other ___

**EVENTS:** ✓
___ Cont. to _____ at _____ for _____
_X_ Held for Grand Jury - Probable Cause Shown
___ Defendant discharged - No Probable Cause Shown
___ Removal Hearing Held
___ Hearing Waived
___ Deft. to report to: _____ by _____
___ Papers to be forwarded to Clerk - District of _____
___ Certified to U.S. District Judge _____
___ Speedy Trial Act (18 USC 3161) - Days excluded (____)
___ Plea of Guilty to Information by deft. on Counts _____
___ CJA/FPD Appointed; Defendant Indigent
___ Temporary Detention Ordered: 10 days ___ 3 days ___
___ Pretrial Detention Ordered
___ Bond Set or Reduced: _____

**OTHER ACTION:**

**BOND STATUS**
PR _X_  BOND ___  WORK RELEASE ___
JAIL ___ HWOB ___ PROBATION ___
SR ___ OTHER ___
Deft. No(s). _____ committed; commitment(s) issued ___
Deft. No(s). _____ released; release(s) issued ___

# MAGISTRATE JUDGE CRIMINAL BLOTTER

Date: 10-18-00

Tape: Ct 25-00-145  Lines: 1-1230

Courtroom Deputy: Barbara Hall

- X US Magistrate Judge Robinson
- ___ US Magistrate Judge Kay
- ___ US Magistrate Judge Facciola
- ___ Chief Judge

| CASE NO. | STATUS | DEFENDANT(S) | ATTORNEYS/PROB. OFFICER |
|---|---|---|---|
| 00-615M | J | Danielle Ruth Cole | Barry Wiegand / Michelle Peterson |

**PROCEEDING HELD:**
- Initial X
- Removal ___
- Bond ___
- P.H. ___
- Plea ___
- Detention ___
- Trial ___
- Prob/Status ___
- Other ___
- Status ___
- HOV ___

**EVENTS:**
- X Cont. to 11-3-00 at 9:30 for P.H.
- ___ Held for Grand Jury - Probable Cause Shown
- ___ Defendant discharged - No Probable Cause Shown
- ___ Removal Hearing Held
- ___ Hearing Waived
- ___ Deft. to report to: _____ by _____
- ___ Papers to be forwarded to Clerk - District of _____
- ___ Certified to U.S. District Judge _____
- ___ Speedy Trial Act (18 USC 3161) - Days excluded (___)
- ___ Plea of Guilty to Information by deft. on Counts _____
- X CJA/(FPD) Appointed; Defendant Indigent
- ___ Temporary Detention Ordered: 10 days ___ 3 days ___
- ___ Pretrial Detention Ordered
- ___ Bond Set or Reduced: _____

**OTHER ACTION:**

**BOND STATUS:**
- PR X
- JAIL ___
- SR ___
- BOND ___
- HWOB ___
- OTHER ___
- WORK RELEASE ___
- PROBATION ___
- Deft. No(s). ___ committed; commitment(s) issued ___
- Deft. No(s). X released; release(s) issued X

# United States District Court
## For The District of Columbia

FILED
OCT 1 7 2000
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

DANIELLE RUTH COLE
DOB: 4/14/69
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-615-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 28, 2000__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Possession of a Schedule II controlled substance to wit, Demerol, by misrepresentation, fraud, deception or subterfuge.

in violation of Title __21__ United States Code, Section(s) __843(a)(3)__.

I further state that I am __Joseph T. Lonon, Officer with the Metropolitan Police Department__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
JOSEPH T. LONON, Officer
Metropolitan Police Department

AUSA, LYDIA PELEGRIN  (202) 307-0029
Sworn to before me and subscribed in my presence,

OCT 17 2000

Date                                                         at     Washington, D.C.
                                                                    City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer                              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A UNITED STATES DISTRICT COURT ARREST WARRANT FOR DANIELLE RUTH COLE, W/F DOB 04/14/69, SSN 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, FOR VIOLATION OF TITLE 21 UNITED STATES CODE 843(a)(3)

The affiant is a member of the Metropolitan Police Department assigned to the Fourth District Detectives Office with the responsibility to enforce the laws of the United States and the District of Columbia.

On September 24, 2000, Matthew Bourne, a Registered Nurse in theEmergency Room of Children's National Medical Center located at 111 Michigan Ave. N.W. Washington D.C., discovered numerous discrepancies in the dispensing records of the narcotic lock box, or Pyxis Machine, which is located in the Medication Room within the Emergency Room of the hospital. Each registered nurse has a code along with a secret, individual password, which identifies that nurse and allows them to access the Pyxis machine. Each time a patient on the ward is administered a controlled substance medication by a nurse the Pyxis System records the date and time any specific narcotic drawer was accessed, the type and amount of drug and the intended patient.

Your affiant has learned that on September 24, 2000, Registered Nurse Danielle Ruth Cole (described above) was employed by C2 Professionals as a temporary nurse. On September 24, 2000 she was assigned to Children's National Medical Center Emergency Room for the hours of 7:00 a.m. to 7:30 p.m. At about 7:34 p.m. on September 24, 2000, a computer printout check was made of the Pyxis machine for the dispensing records of Nurse Danielle Ruth Cole. The records showed that at 7:28 a.m. Nurse Danielle Ruth Cole signed out two 50 mg injectable tubexes of Demerol ( a schedule II controlled substance with a high

potential for abuse ) to a certain named patient's medical chart. The patient's chart revealed that the patient did not receive any Demerol, nor was the patient prescribed Demerol by any authorized member of the medical staff. This exact event was repeated at least six other times during Nurse Cole's shift, with her removing two vials of 50mg of Demerol each time. Specifically, the Pyxis machine showed that Nurse Danielle Ruth Cole, withdrew Demerol at the following times (indicated here in military times as per the Pyxis printout) 09:18 hours, 11:03 hours, 14:28 hours, 16:20 hours, 18:08 hours, and 19:36 hours. All the respective patients' medical charts were checked and there was no Demerol prescribed on their medical charts and none administered. Children's Hospital Director of Pharmacy Scott Mark, and Director of Emergency Nurses Service, Evelyn Boeckler, provided additional dispensing records from the Narcotics lock box which revealed, that on the following dates Nurse Danielle Ruth Cole removed the following amounts of Demerol at 50 mg each:

| Date | Tour of Duty | Total of the Day |
|---|---|---|
| 7/28/00 | 0700- 1930 | 1 |
| 8/03/00 | 1230-2330 | 1 |
| 8/10-8/11/00 | 1900-0730 | 6 |
| 8/12/00 | 0700-1930 | 10 |
| 8/13/00 | 0700-1530 | 7 |
| 8/18/00 | 1900-0300 | 5 |
| 8/19/00 | 1900-0730 | 10 |
| 8/20-8/21/00 | 1900-0730 | 18 |
| 8/25/00 | 0700-1930 | 12 |
| 8/31/00 | 0700-1930 | 14 |
| 9/01/00 | 0700-1930 | 8 |
| 9/03/00 | 0700-1930 | 12 |
| 9/7-9/8/00 | 1900-0730 | 10 |
| 9/09/00 | 0700-1930 | 14 |
| 9/10/00 | 0700-1930 | 14 |
| 9/14/00 | 1500-2330 | 10 |
| 9/15/00 | 1900-0730 | 8 |
| 9/16-9/17/00 | 1900-0730 | 12 |
| 9/21-9/21/00 | 1900-0730 | 10 |
| 9/24/00 | 0700-0730 | 14 |
| Total |  | 196<br>50mg of Demerol vials |

**9,800** mg of Demerol

Accordingly, each patients medical chart was checked in conjunction with the administering of Demerol as described in the above chart. It was found that none of the patients had been prescribed this medication nor did they receive the medication.

Based on the facts, along with the events contained herein, it is the belief of the affiant that at 7:28 on September 24, 2000, and numerous other occasions that Registered Nurse Danielle Ruth Cole did acquire or obtain possession of a Schedule II controlled substance, to wit, Demerol, by misrepresentation, fraud, deception or subterfuge in violation of 21 USC 843 (a) (3). It is therefore respectively requested that an arrest warrant be issued for Danielle Ruth Cole (described above) charging said Violation.

Joseph T. Lonon
Metropolitan Police Department
Fourth District Detectives Unit

Sworn and subscribed before me this **OCT 1 7 2000** day of October, 2000

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

United States Magistrate Judge
District of Columbia

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

DANIELLE RUTH COLE

## WARRANT FOR ARREST

CASE NUMBER: 00- M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DANIELLE RUTH COLE__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of a Schedule II controlled substance, to wit, Demerol, by misrepresentation, fraud, deception or subterfuge.

in violation of Title __21__ United States Code, Section(s) __§843(a)(3)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer: [signature] Robinson
Signature of Issuing Officer

Title of Issuing Officer: District of Columbia
Date and Location: OCT 17 2000

Bail fixed at $ __HOLD__   by __[signature] Robinson__
                                 Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |

AO442(Rev. 12/85)Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____