AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

00-412

**FILED**
OCT 1 8 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT 

UNITED STATES OF AMERICA
V.

DANIELLE RUTH COLE

**WARRANT FOR ARREST**

CASE NUMBER: 00-615-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DANIELLE RUTH COLE
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of a Schedule II controlled substance, to wit, Demerol, by misrepresentation, fraud, deception or subterfuge.

in violation of Title __21__ United States Code, Section(s) __§843(a)(3)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

| Name of Issuing Officer | Title of Issuing Officer |
| --- | --- |
| [signature] | District of Columbia |
| Signature of Issuing Officer | Date and Location: OCT 1 7 2000 |

Bail fixed at $ __Hold__    by __[signature]__
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 10-18-00 | Gary Noble, DUSM Warrants | Gary Noble |
| DATE OF ARREST | | |
| 10-18-00 | | |

AO442(Rev. 12/85)Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____