UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 0 1 2000

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 00-412 |
| v. | : | MAGISTRATE NO. 00-615M-01 (CR) |
| **DANIELLE RUTH COLE,** | : | VIOLATION: 21 U.S.C. §843(a)(3) |
| **Defendant.** | : | (Obtaining Controlled Substance |
| | : | by Fraud) |

KESSLER, J. GK

### I N F O R M A T I O N

DEC 0 1 2000

The United States Attorney charges that:

### COUNT ONE

On or about September 24, 2000, within the District of Columbia, **DANIELLE RUTH COLE**, did knowingly, willfully, and intentionally acquire and obtain possession of meperidine, also known as Demerol, a Schedule II narcotic drug controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge.

(**Obtaining a Controlled Substance by Fraud**, in violation of Title 21, United States Code, Section 843(a)(3))

WILMA A. LEWIS
Attorney of the United States in
and for the District of Columbia

BY: _____
RODERICK THOMAS
Assistant United States Attorney
Narcotics Section
Bar No. 433-433
555 4th Street, N.W., Room 4114
Washington, D.C. 20001
(202) 514-7068