PROB 35
1/92

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**FILED**

JUN 0 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Docket No.    CR 00-412

Danielle R. Cole

On March 27, 2001, the above named was placed on Probation for a period of five years. The

defendant has complied with the rules and regulations of Probation and is no longer in need of

supervision. It is accordingly recommended that the defendant be discharged from Probation.

Respectfully submitted,

Matthew Worboys
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that

the proceedings in the case be terminated.

Dated this _2nd_ day of _June_, 19 2005

United States District Judge

(N)